# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

BISK EDUCATION, INC,

Appellant,

v.

FSOI, LLC,

Appellee.

No. 2D2025-0177

————————————————

May 1, 2026

Appeal from the Circuit Court for Hillsborough County; Helene L. Daniel, Judge.

Kristin A. Norse, Robert W. Ritsch, and Brandon K. Breslow of Kynes, Markman & Felman, P.A., Tampa, for Appellant.

Samuel J. Salario, Jessica Slatten, and Brian M. Trujillo of Lawson Huck Gonzalez, PLLC, Tampa, for Appellee.


PER CURIAM.

Affirmed.

SILBERMAN, KELLY, and ROTHSTEIN-YOUAKIM, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.